STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SAILAJA M. PAIDIPATY (NYBN 5160007)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7200
   FAX: (415) 436-7234
   sailaja.paidipaty@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:21-mj-71623-01 MAG |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING AND TO EXCLUDE TIME UNDER RULE 5.1 AND THE SPEEDY TRIAL ACT |
| v. | |
| LUIS OCHOA, a/k/a "Panda" | |
| Defendant. | |

    The parties in the above-captioned case are scheduled to appear for a detention hearing and status on preliminary hearing or arraignment on November 10, 2021. The government continues to seek detention in the case and defense counsel is conducting diligence regarding a potential bond proposal for the Court's consideration. In order to allow for additional time to assemble the bond package, the parties jointly agree and request that the hearing be continued until November 16, 2021.

    The parties stipulate that the time from November 10, 2021, through and including November 16, 2021, should be excluded from the period of time within which to conduct a preliminary hearing or charge by Indictment under Federal Rule of Criminal Procedure 5.1 and 18 U.S.C. § 3161(b). The parties further stipulate that the time from November 10, 2021, through and including November 16,

2021, should be excluded from the period of time within which the defendant's trial must commence pursuant to the Speedy Trial Act because a failure to do so would unreasonably deny the defendant the reasonable time necessary for effective preparation, particularly in light of the anticipated discovery that counsel will review with his client.  The parties agree that the ends of justice served by granting the request outweigh the best interest of the public and the defendant in a speedy trial.  Defendant Luis Ochoa has been advised of the requested continuance and specifically consents to exclusion of time within which to conduct a preliminary hearing in this matter, and to the extension of the date by which an indictment or information must be filed.

DATED:  November 9, 2021                                        Respectfully submitted,

                                                                          STEPHANIE M. HINDS
                                                                          Acting United States Attorney

                                                                          _____/s_____
                                                                          SAILAJA M. PAIDIPATY
                                                                          Assistant United States Attorney

DATED:  November 9, 2021                                        _____/s_____
                                                                          MATTHEW DIRKES
                                                                          Counsel for Luis Ochoa

[~~PROPOSED~~] ORDER

Based on the stipulations of the parties above, and for good cause shown, the detention hearing and status on preliminary hearing or arraignment on indictment/information will be continued until November 16, 2021.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, as well as to waive the timing for preliminary hearing under Rule 5.1 of the Federal Rules of Criminal Procedure.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in the filing of an information or indictment within the time period

1  set forth in 18 U.S.C. § 3161(b); and (ii) failure to grant the continuance would unreasonably deny
2  defense counsel the reasonable time necessary for effective preparation, taking into account the exercise
3  of due diligence.
4      The hearing for preliminary hearing and arraignment on information or indictment in this matter
5  is continued to November 16, 2021.  The time period from November 10, 2021 to November 16, 2021,
6  inclusive, is excluded in computing the time within which an information or indictment must be filed
7  under 18 U.S.C. § 3161(b) pursuant to the provisions of 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and
8  (B)(iv).
9      IT IS SO ORDERED.
10  November 10, 2021
11  DATE                                   HON. JACQUELINE SCOTT CORLEY
                                            United States Magistrate Judge